UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL CASE NO. 10-29-DLB-CJS-3

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                            ORDER

ROBERT DONALD BANCROFT                                                     DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

This matter is before the Court on the Report and Recommendation (R&R) of Magistrate Judge Candace J. Smith (Doc. # 136), wherein she recommends that Defendant's supervised release be revoked and that he be sentenced to a term of incarceration of eighteen (18) months, with no supervised release to follow. During the final revocation hearing conducted by Judge Smith on December 14, 2017, Defendant admitted to violating the terms of his supervised release as set out in Violations 3 and 4 of the December 13, 2017 Addendum to the Supervised Release Violation Report. (Doc. # 130).

Although the parties would ordinarily have fourteen (14) days to file objections to the R&R, during the final hearing, both sides agreed to waive the 14-day-objection period to the extent the final sentence was consistent with the parties' agreement. *Id.* Defendant having further waived his right to allocution (Doc. # 131), the R&R is ripe for review. Having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) Defendant Ronald Donald Bancroft is found to have violated the terms of his supervised release as set forth in Violations 3 and 4 of the December 13, 2017 Supplemental Violation Report. (Doc. # 133);

(2) The Government's oral motion to dismiss the Violation Nos. 1 and 2 set forth in the December 1, 2017 Violation Report (Doc. # 129), is hereby **GRANTED;**

(3) The Report and Recommendation (Doc. # 136) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(4) Defendant's supervised release is hereby **REVOKED**;

(5) Defendant is sentenced to the custody of the Attorney General for a term of **incarceration of 18 months**, credit to be given for time served since his December 11, 2017 detention on the violation charges, with **no supervised release** to follow;

(6) Defendant's sentence, if possible, shall be served at a federal correctional facility near Manchester, Kentucky; and

(7) A Judgment shall be entered concurrently herewith.

This 22nd day of February, 2018.



Signed By:
<u>David L. Bunning</u>
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2010\10-29 R Bancroft Order Adopting SR R&R.docx